FILED
JOHN P. HIEHL
CLERK

2014 APR 18 AM 11: 24

U.S. DIS...
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: PORSCHE CARS NORTH AMERICA, INC., PLASTIC COOLANT TUBES PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to ALL ACTIONS | CASE NO. 2:11-md-02233<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Unnamed Class Member/Objector Mary Ellen Kalange, on her own behalf and on behalf of all other similarly situated unnamed class members, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Approval Order of the class action settlement (Doc. No. 181) and Final Judgment and Order of Dismissal (Doc. No. 182) entered by the Honorable Gregory L. Frost in this action on March 19, 2014.

Dated: April 17, 2014

*Mary Ellen Kalange*
Mary Ellen Kalange, Pro Se
Unnamed Class Member/Objector
1257 E. Brightwater Lane
Boise, Idaho 83706
Original Owner of Class Vehicle
2005 Cayenne Turbo VIN#WP1AC29P85LA92325
Purchased September 1, 2005

cc: ☐ Opposing Class Counsel for Plaintiffs
☐ Opposing Counsel for Defendant Porsche Cars North America, Inc. ("PCNA")
☐ Opposing Counsel for Defendant Dr. Ing. h.c. F. Porsche AG ("Porsche AG")
☐ Court of Appeals

## CERTIFICATE OF SERVICE

    I certify that on April 17, 2014, I personally mailed by Overnight Express U.S. Mail, postage paid, the foregoing Notice of Appeal, together with the filing fees in the amount of Five Hundred Five Dollars ($505.00), to the Clerk of Court for the United States District Court for the Southern District of Ohio Eastern Division, 85 Marconi Boulevard, Room 260, Columbus, Ohio 43215, along with additional copies to be conformed and provided to the United States Court of Appeals for the Sixth Circuit as well as opposing counsel at the following addresses:

*Attorneys for Plaintiff Class*

Shennan Kavanagh
Gary E. Klein
**Klein Kavanagh Costello LLP**
85 Merrimack St., Suite 414
Boston, MA 02114

Adam J. Levitt
John Tangren
**Grant & Eisenhofer, PA**
30 N. LaSalle St., Suite 1200
Chicago, IL 60602

*Attorney for Defendant Porsche Cars North America, Inc.*

William F. Kiniry, Jr.
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Ste. 4900
Philadelphia, PA 19103

*Attorneys for Defendant Dr. Ing. h.c. F. Porsche AG ("Porsche AG")*

Joseph A. Gerling
**LANE, ALTON & HORST LLC**
Two Miranova Place, Ste. 500
Columbus, Ohio 43215

Lawrence C. Mann
Greg W. Wix
**BOWMAN & BROOKE LLP**
50 W. Big Beaver Rd., Suite 600
Troy, MI 48084

Dated: April 17, 2014

                _Mary Ellen Kalange_
                Mary Ellen Kalange, Pro Se
                Unnamed Class Member/Objector
                1257 E. Brightwater Lane
                Boise, Idaho 83706
                (208) 385-9378 (Home)
                (208) 385-0199 (Designated Fax Line)
                (208) 867-2231 (Cell)
                Original Owner of Class Vehicle
                2005 Cayenne Turbo VIN#WP1AC29P85LA92325
                Purchased September 1, 2005